

**06 CV 4828**

502-05/MEU

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
HYUNDAI MERCHANT MARINE CO., LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Michael E. Unger (MU-0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HYUNDAI MERCHANT MARINE CO., LTD.,
        Plaintiff,

   -against-

ALFA SAI MINERALS PVT., LTD.,
        Defendant.
------------------------------------------------------------x

06 CIV _____ (    )

**RULE 7.1 STATEMENT**

HYUNDAI MERCHANT MARINE CO., LTD., by and through undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
      June 21, 2006

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
HYUNDAI MERCHANT MARINE CO., LTD.

By: _____
     Michael E. Unger (MU 0045)

80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900
Facsimile: (212) 425-1901

NYDOCS1/263362.1