FOREHT LAST LANDAU & KATZ LLP
228 East 45th Street, 17th floor
New York, NY 10017
(212) 935-8880
By: Richard S. Last (RL# 9460)
*Attorneys for Purported Garnishee,*
*State Bank of India, New York Branch*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x

| | |
|---|---|
| HYUNDAI MERCHANT MARINE CO. LTD. | Case No. 06 CV 4828 (J. Casey) |
| Plaintiff | |
| -against- | **PURPORTED GARNISHEE,** |
| | **STATE BANK OF INDIA,** |
| ALFA SAI MINERALS PVT. LTD. | **NEW YORK BRANCH** |
| | **RULE 7.1 DISCLOSURE** |
| | **STATEMENT** |
| Defendants | |

_____x

     Purported Garnishee, STATE BANK OF INDIA, NEW YORK BRANCH ("SBI"), by its attorneys, Foreht Last Landau & Katz LLP, for its Disclosure Statement pursuant to F.R.C.P. Rule 7.1 herein states:

     SBI is Branch of a foreign banking institution, duly licensed by the Superintendent of the State of New York to maintain a branch. It has no parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

Dated: June 29, 2006

                                                        FOREHT LAST LANDAU & KATZ LLP
                                                        *Attorneys for Purported Garnishee,*
                                                        *State Bank of India, New York Branch*

                                                        By:_/s/_____
                                                        Richard S. Last (RL# 9460)
                                                        228 East 45th Street, 17th floor
                                                        New York, NY 10017
                                                        (212) 935-8880

Case 2:06-cv-04828-CM    Document 6    Filed 06/29/2006    Page 2 of 2