FOREHT LAST LANDAU & KATZ LLP
228 East 45th Street, 17th floor
New York, NY 10017
(212) 935-8880
By: Richard S. Last (RL# 9460)
*Attorneys for Purported Garnishee,*
*State Bank of India, New York Branch*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x
HYUNDAI MERCHANT MARINE CO. LTD.       Case No. 06 CV 4828 (J. Casey)

                Plaintiff       **VERIFIED ANSWER OF**
  -against-                           **PURPORTED GARNISHEE,**
                                **STATE BANK OF INDIA,**
ALFA SAI MINERALS PVT. LTD.            **NEW YORK BRANCH**

                Defendant
_____x

      Purported Garnishee, STATE BANK OF INDIA, NEW YORK BRANCH ("SBI"), by its attorneys, Foreht Last Landau & Katz LLP, for its verified answer to the verified complaint, and process of maritime attachment and garnishment, herein states:

      1.    Deny knowledge or information sufficient to form a belief as to each and every allegation in paragraphs 1 through 12 of the verified complaint.

### RESPONSE TO MARITIME ATTACHMENT

      2.    SBI does not maintain any account for defendant. SBI is not holding any cash, funds, escrow funds, credits, wire transfers, electronic funds transfers, letters of credit, freights, subfreights, charter hire, subcharter hire, or any other assets of defendant.

      3.    SBI is, therefore, not a garnishee with respect to defendant herein.

**WHEREFORE** STATE BANK OF INDIA, NEW YORK BRANCH requests to be discharged of any further obligations in this action, with any other relief as may be just and proper.

Dated: June 29, 2006                                       FOREHT LAST LANDAU & KATZ LLP
*Attorneys for Purported Garnishee,*
*State Bank of India, New York Branch*

By:_/s/_____
Richard S. Last (RL# 9460)
228 East 45th Street, 17th floor
New York, NY 10017
(212) 935-8880

**VERIFICATION**

STATE OF NEW YORK           )
COUNTY OF NEW YORK     )     ss


     G. VISWANATHAN, being duly sworn, deposes and says:

     I am Vice President (DRS) for purported garnishee, State Bank of India, New York Branch. I have read the foregoing answer, know the contents thereof, and the same is true to my own knowledge, obtained through my official capacity, and from examination of State Bank of India, New York Branch's regular books and records. I issue this Verification for State Bank of India, New York Branch because it is a banking corporation and I am an officer thereof.


                             /s/_____
                                G. VISWANATHAN


Sworn to before me this
     day of    , 2006


__/s/_____
     Notary Public