USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6·29·06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

HYUNDAI MERCHANT MARINE, CO., LTD.,

**06 CIV 4828 ( RCC)**

Plaintiff,

- against -

**ORDER APPOINTING SPECIAL
PROCESS SERVER PURSUANT
TO F.R.C.P. RULE 4(c)**

ALFA SAI MINERALS PVT., LTD.,

Defendant.
-------------------------------------------------------------------x

An application having been made by counsel for Plaintiff for an Order Appointing

Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the affidavit of Michael E. Unger, sworn to on June 22,

2006, and good cause having been shown, it is hereby

**O R D E R E D** that Peter Gutowski, Lawrence Kahn, Barbara Carnevale, Dolores

O'Leary, Justin Nastro, Pamela Schultz, Daniel Fitzgerald, Jill Taft, Michael Elliot, Robert

Ridenour, Joan Sorrentino, or any other partner, associate, paralegal or agent of Freehill Hogan

& Mahar, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the

Process of Attachment and Garnishment and the Verified Complaint, together with any

interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon

information developed subsequent hereto by the Plaintiff) may hold assets of, for, or on account

of, Defendant.

Dated: New York, New York
        June 23 , 2006

_____
U.S.D.J.

NYDOCS1/263738.1