UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
_____X

**HYUNDAI MERCHANT MARINE CO. LTD.,**

                    Plaintiff

    -against-

**ALFA SAI MINERALS PVT. LTD.,**

                    Defendants.
_____X

NOTICE OF APPEARANCE AND DEMAND FOR COMPLAINT

Docket No. 06-CV-4828(RCC)

SIRS:

      PLEASE TAKE NOTICE, that Defendant in the above entitled proceeding has retained Frances Ruiz, Esq. the undersigned in this proceeding and demand that a copy of the complaint be served within 20 days and that a copy of all notice and others papers in this proceeding be served upon me at my office located at 98-19 37th Avenue, Second Floor, Corona, NY 11368.

Dated: August 24, 2006
      Queens, New York

                                        _____
                                        Frances Y. Ruiz (0308)
                                        Attorney for Defendants
                                        98-19 37th Ave. Second Floor
                                        Corona, NY 11368
                                        Tel: (718) 715-0456
                                        Fax: (718) 228-6564

To:    Freehill, Hogan & Maher LLP
         Attorney for Plaintiff
         80 Pine Street
         New York, New York 10005