USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-28-06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hyundai Merchant Marine Co. Ltd.
Plaintiff(s),

06 CV 4828 (RCC)

-against-

Civil Case Management Plan

Alfa Sai Minerals Pvt. Ltd.
Defendant(s).

After consultation with counsel for all parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

The case is to be tried by a jury.

Yes_____    No___X___

Counsel consent to trial by a U.S. Magistrate Judge.

Yes_____    No___X___

Joinder of additional parties must be accomplished by ~~____~~ 9/25/06

Amended pleadings may be filed until 9/25/06

Discovery:

1. First request for production of documents, if any, to be served by ___N/A___.

2. Interrogatories pursuant to Rule 33.3 of the Civil Rules of the Southern District of New York to be served by ___N/A___. No other interrogatories are permitted except upon prior express permission of Judge Casey.

3. Depositions to be completed by ___N/A___.

   a. Unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents.

   b. Depositions shall proceed concurrently.

   c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

\* This is a maritime attachment action under Supp. Rule B, seeking security for HMM's claims against Alfa Sai which will be resolved in London arbitration. Accordingly, discovery is to be carried out in the arbitration and there is no need for discovery in this matter if the arbitration proceeds in London.

    d. No depositions shall be extended beyond two business days without prior leave of the Court.

4. Experts, if any, are to be designated by \_\_\_\_\_N/A\_\_\_\_\_, and experts' reports exchanged no later than \_\_\_\_\_N/A\_\_\_\_\_. Experts may be deposed, but such depositions must occur within the time limit set forth for all depositions set forth above.

5. Requests to Admit, if any, are to be served no later than \_\_\_\_\_N/A\_\_\_\_\_.

6. All discovery is to be completed by \_\_\_\_\_N/A\_\_\_\_\_. Interim deadlines may be extended by the parties on consent without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court, which shall not be adjourned except upon a showing of extraordinary circumstances.

Dispositive Motions:
    a. All motions and applications shall be governed by the Court's Individual Rules of Practice.

    b. A pre-motion conference will be required before any dispositive motion (including motions to dismiss) is filed.

    c. The Court will confirm the parties' briefing schedule at the pre-motion conference.

    d. After the papers are fully submitted, the parties will be informed whether oral arguments are required.

Trial:
    a. The requirements for the pre-trial order and other pre-trial submissions shall be governed by the Court's Individual Rules of Practice.
    b. The parties will be required to submit a joint pretrial order at least two weeks in advance of the trial date.

**NEXT CASE MANAGEMENT CONFERENCE** 3/2/07 at 9:30am.
*(To be completed by the Court)*

DATED: New York, New York
    August 25, 2006

SO ORDERED:

*Richard Conway Casey*

Hon. Richard Conway Casey
United States District Judge