802-05/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
HYUNDAI MERCHANT MARINE CO., LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900/ Facsimile: (212) 425-1901
Michael E. Unger (MU-0045)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-26-06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
HYUNDAI MERCHANT MARINE CO., LTD.,           06 CIV 4828 (RCC)
            Plaintiff,

      -against-                              STIPULATION

ALFA SAI MINERALS PVT., LTD.,
            Defendant.
----------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein that all references in the Complaint and other pleadings to Hyundai Merchant Marine Co., Ltd. are to be deemed to be references to Hyundai American Shipping Agency Inc. and

    IT IS FURTHER STIPULATED AND AGREED that the caption of this action is to be deemed amended as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
HYUNDAI MERCHANT MARINE CO., LTD.,
            Plaintiff,

      -against-

ALFA SAI MINERALS PVT., LTD.,
            Defendant.
----------------------------------------x

NYDOCS1/268652.1

09/20/2006  21:20  7184242338            STANLEY                      PAGE  03

SEP.15'2006 15:19          FREEHILL & HOGAN              #2768 P.003

Dated: September 15, 2006

| | |
|---|---|
| FREEHILL HOGAN & MAHAR, LLP<br>Attorneys for Plaintiff<br>HYUNDAI MERCHANT MARINE CO., LTD.<br><br>By: _____<br>Michael E. Unger (MU-0045)<br>80 Pine Street<br>New York, NY 10005<br>Telephone: (212) 425-1900<br>Facsimile: (212) 425-1901 | Law Office of Frances N. Ruiz<br>Attorneys for Defendant<br>ALFA SAI MINERALS PVT., LTD.<br><br>By: _____<br>Frances Ruiz (FR 0308)<br>98-19 87th Avenue<br>Corona, NY 11368<br>Telephone: 718 715-0456<br>Facsimile:  718 228-6564 |

SO ORDERED:
September 26, 2006

_____
Richard Conway Casey
U.S.D.J.

NYDOC1/268652.1