502-05/MEU
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

HYUNDAI MERCHANT MARINE
CO. LTD.,

        Plaintiff,

-against-

ALFA SAI MINERALS PVT., LTD.,

        Defendant.
----------------------------------------------------X

06 CIV 4828 (RCC)

**ORDER DIRECTING**
**SUPPLEMENTAL PROCESS OF**
**MARITIME ATTACHMENT**
**AND GARNISHMENT**

Upon reading and filing the Verified Complaint of the Plaintiffs herein, verified on the 22nd day of June 2006, and the affidavit of Michael E. Unger, sworn to on the same day, that to the best of his information and belief Defendant ALFA SAI MINERALS PVT., LTD. cannot be found within this District for the purpose of an attachment under Supplemental Rule B(1), and the Court having found that the conditions required by Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist,

NOW, upon motion of Freehill Hogan & Mahar, LLP, attorneys for the Plaintiffs, it is hereby

**O R D E R E D** that the Clerk of this Court is directed forthwith to issue the Process of Maritime Attachment and Garnishment for seizure of all tangible and intangible property of the Defendant, as described therein, including but not limited to any assets of the Defendant ALFA SAI MINERALS PVT., LTD. being transferred by Defendant on its behalf to **VERMILION OVERSEAS MANAGEMENT CO. LTD.** or **KY NAVIERA S.A.** in respect of freight/hire for the use of the M/V **NORD**

NYDOCS1/265599.1        1

ENDEAVOUR as may be held by or in the possession, custody or control of or being transferred through American Express Bank Ltd., Bank of America N.A., Bank of China, Bank of India, Citibank, N.A., Deustche Bank Trust Company Americas, JP Morgan Chase & Co., State Bank of India, The Bank of New York, The Chinese American Bank, Wachovia Bank and/or any other garnishee(s) on whom a copy of the Process of Maritime Attachment and Garnishment may be served, in the amount of **$499,151.76** pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

**O R D E R E D** that supplemental process enforcing the Court's Order may be issued without further Order of the Court; and it is further

**O R D E R E D** that following initial service by the United States Marshal or other designated person upon a garnishee, with affidavit of service, supplemental service of the Process of Maritime Attachment and Garnishment may thereafter be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served and such subsequent service by facsimile or e-mail, if transmitted from within the District shall be deemed to have been made within the District; and it is further

**O R D E R E D** that service on any garnishee as described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day.

Dated: New York, New York
      October 20, 2006

                                    _____
                                              U.S.D.J.