502-05/MEU
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
HYUNDAI MERCHANT MARINE
CO. LTD.,

        Plaintiff,

-against-

ALFA SAI MINERALS PVT., LTD.,

        Defendant.
----------------------------------------------------x

06 CIV 4828 (RCC)

**ORDER DIRECTING
SUPPLEMENTAL PROCESS OF
MARITIME ATTACHMENT
AND GARNISHMENT**

Upon reading and filing the Verified Complaint of the Plaintiff herein, verified on the 22nd day of June 2006, and the affidavit of Michael E. Unger, sworn to on the same day, that to the best of his information and belief Defendant ALFA SAI MINERALS PVT., LTD. cannot be found within this District for the purpose of an attachment under Supplemental Rule B(1), and the Court having found that the conditions required by Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist,

NOW, upon motion of Freehill Hogan & Mahar, LLP, attorneys for the Plaintiff, it is hereby

**O R D E R E D** that the Clerk of this Court is directed forthwith to issue the Supplemental Process of Maritime Attachment and Garnishment for seizure of all tangible and intangible property of the Defendant, as described therein, including but not limited to any assets of the Defendant ALFA SAI MINERALS PVT., LTD. being transferred to the Defendant, in respect of payments by **SESA GOA LIMITED** for the sale of iron ore fines carried onboard the **M/V AEGEAN FALCON**, as may be held by or in the possession, custody or control of or being transferred through American Express Bank Ltd., Bank of America N.A., Bank of China, Bank of India, Citibank, N.A., Deutsche Bank Trust Company Americas, JP Morgan Chase &

Co., State Bank of India, The Bank of New York, The Chinese American Bank, Wachovia Bank and/or any other garnishee(s) on whom a copy of the Process of Maritime Attachment and Garnishment may be served, in the amount of **$499,151.76** pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

**O R D E R E D** that supplemental process enforcing the Court's Order may be issued without further Order of the Court; and it is further

**O R D E R E D** that following initial service upon any garnishee by the United States Marshal or any other person designated by Order to make service in this action, supplemental service of the Process of Maritime Attachment and Garnishment may thereafter be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served, such service to be in accordance with each garnishee's preference or policy, and such facsimile or other electronic transmission shall be deemed to be made within the district if it has been sent from within the district; and it is further

**O R D E R E D** that service on any garnishee herein is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service, and that same service is further deemed to be effective through the end of the next business day provided another service is made during the next business day.

Dated: New York, New York
       February 6, 2007

_____
U.S.D.J.

NYDOCS1/277552.1                    2