United States District Court
Southern District of New York
----------------------------------------------------------X

Hyundai American Shipping Agency Inc.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-27-07

**Adjournment of Court Conference**

                           **Plaintiff(s),**
   -against-                                     06 CV 4828 (RCC)

Alfa Sai Minerals Pvt., Ltd., et al.,

                           **Defendant(s).**
----------------------------------------------------------X
To Attorney (s) for Plaintiff (s)

Honorable Richard Conway Casey has directed that the status conference scheduled in the above-captioned action on March 2, 2007 at 9:30 A.M. has been adjourned to March 22, 2007 at 9:30 A.M., at which time you are directed to appear in Courtroom 14C, 500 Pearl Street, New York, New York 10007-1312.

**\*COUNSEL FOR THE PLAINTIFF ARE DIRECTED TO NOTIFY ALL ATTORNEYS IN THIS ACTION IN WRITING.**

Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**BY ORDER OF THIS COURT:**

Dated: February 27, 2007
New York, New York